RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 24 2015

CHRISTOPHER A. PRINE
CLERK

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 23 2015

CHRISTOPHER A. PRINE
CLERK

PD-0948-15

Trial Court Case No. 1363644

BRIAN VICTORIAN
    appellant

    v.

THE STATE OF TEXAS
    appellee

§
§
§
§
§
§§
§
§

The 182nd DISTRICT COURT
HARRIS COUNTY, TEXAS,

FILED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

No. 01-13-01004CR

## APPELLANT SECOND MOTION FOR EXTENSION OF TIME

Accordingingly, RULE 68.2 (c), The Court of Criminal Appeals may extend the time to file a petition for discretionary review if a party files a motion complying with Rule 10.5(b) no later than 15 days after the last day for filing the petition. The Court of Criminal Appeals may extend the time to file a response or reply if a party files a motion complying with Rule 10.5(b) either before or after the response or reply is due.

Issues the Court of Criminal Appeals should consider:

• Appellant has NO brief from his appellant attorney in order to file an appropriate PDR.

• Appellant is not an attorney and is completely ignorant of the law and understands "ignorance is no excuse'" however, appellant has psychological issues that renders him more than a lament to the law.

• Appellant is depending on the help from total strangers in prison whom may or may not truly understand the fine workings of the law.

Appellant begs these Court to extend his time to the maximum

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

amount of time allowed to file his briefs.The additional time is truly needed to aquire needed records and to file. This request is not designed to harass or cause unnecessary delay in the proceedings. Accordingly, Appellant respectfully request a full fourty-five days after the July 30 extension, to draft and file the appropriate response.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is true and correct under the penalty of purjury.

Brian Victorian#1898737
Stiles Unit
3060 Route 3514
Beaumont, Texas 77705